## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEY MARIE THOMAS,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 16-6389** |
| **NANCY A. BERRYHILL,**[1] | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 28th day of March 2018, upon consideration of Plaintiff's Brief and

Statement of Issues in Support of Request for Review (Doc. No. 17), Defendant's Response

(Doc. No. 24), the Report and Recommendation of United States Magistrate Judge Thomas J.

Rueter (Doc. No. 25), and in view of the fact that no objections to the Report and

Recommendation have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of

   Social Security Administration is **REVERSED** to the extent that the matter is

   **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(h) for further

   proceedings consistent with the Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for

   the purpose of this remand only.

It is so **ORDERED**.

BY THE COURT:

**CYNTHIA M. RUFE, J.**

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the defendant in this case.